05 - 139

**INMATE ACCOUNT STATEMENT**

FILED
MAR 10 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

TO: Inmate Name: Smith, Paul
(Last) (First) (M.I.)
SBI Number: 142003
Housing Unit: MSB

FR: Inmate Account Technician

DA:

RE: Summary Of Account

· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

Attached is your account statement for the six month period of 12-13, 2004 through 2-28, 2005.

Utilizing the calculation formula described in BOP Procedure 5.4, your average daily balance for this period is $ 33.49

Attachment

_[signature]_
Notary

PHYLLIS A. MAY
NOTARY PUBLIC, STATE OF DELAWARE
My Commission Expires March 2, 2008

RECEIVED
SCI Business Office
MAR 0 7 2005

**REQUEST FORM**
**FOR**
**INMATE ACCOUNT ACTIVITY STATEMENT**

Inmate Name: Smith        Paul        _____
              (Last)      (First)      (M.I.)

SBI Number: 142003

Housing Unit: MSB

................................................

In accordance with Bureau of Prisons Procedure 5.4 entitled "In Forma Pauperis", please provide a summary of my account transactions.

X _____
Inmate Signature

DONNA G. FUHRMAN
NOTARY PUBLIC, STATE OF DELAWARE
My Commission Expires September 4, 2005

_____ 3-4-05
Notary

Inmate Account Activity Statement will be processed only after staff verifies your legal documents are complete.

Date received by business office: _____

needs 2 copies

Printed: 3/7/2005

## Average Daily Balance For Pauper Filing
### For Days the Individual was in Residence at SCI from 12/13/2004 through 2/28/2005

Page 1 of 2

SBI: 00142003   NAME: SMITH, PAUL J

| Date | Balance |
|---|---|
| 12/13/2004 | $0.00 |
| 12/14/2004 | $0.00 |
| 12/15/2004 | $0.00 |
| 12/16/2004 | $0.00 |
| 12/17/2004 | $0.00 |
| 12/18/2004 | $0.00 |
| 12/19/2004 | $0.00 |
| 12/20/2004 | $0.00 |
| 12/21/2004 | $0.00 |
| 12/22/2004 | $0.00 |
| 12/23/2004 | $74.40 |
| 12/24/2004 | $74.40 |
| 12/25/2004 | $74.40 |
| 12/26/2004 | $71.40 |
| 12/27/2004 | $71.40 |
| 12/28/2004 | $96.40 |
| 12/29/2004 | $70.67 |
| 12/30/2004 | $70.67 |
| 12/31/2004 | $70.67 |
| 01/01/2005 | $70.67 |
| 01/02/2005 | $70.67 |
| 01/03/2005 | $64.67 |
| 01/04/2005 | $64.67 |
| 01/05/2005 | $64.67 |
| 01/06/2005 | $28.81 |
| 01/07/2005 | $58.81 |
| 01/08/2005 | $58.81 |
| 01/09/2005 | $58.81 |
| 01/10/2005 | $58.81 |
| 01/11/2005 | $58.81 |
| 01/12/2005 | $58.81 |
| 01/13/2005 | $9.22 |
| 01/14/2005 | $9.22 |
| 01/15/2005 | $9.22 |
| 01/16/2005 | $9.22 |
| 01/17/2005 | $9.22 |
| 01/18/2005 | $9.22 |
| 01/19/2005 | $9.22 |
| 01/20/2005 | $3.40 |
| 01/21/2005 | $33.40 |
| 01/22/2005 | $33.40 |
| 01/23/2005 | $33.40 |
| 01/24/2005 | $33.40 |
| 01/25/2005 | $32.94 |
| 01/26/2005 | $32.94 |
| 01/27/2005 | $0.00 |
| 01/28/2005 | $0.00 |
| 01/29/2005 | $0.00 |

Printed: 3/7/2005

## *Average Daily Balance For Pauper Filing*
### For Days the Individual was in Residence at SCI from 12/13/2004 through 2/28/2005

Page 2 of 2

SBI: *00142003*     NAME:   SMITH, PAUL J

| Date | Balance |
|---|---|
| 01/30/2005 | $0.00 |
| 01/31/2005 | $0.00 |
| 02/01/2005 | $20.00 |
| 02/02/2005 | $20.00 |
| 02/03/2005 | $0.20 |
| 02/04/2005 | $30.20 |
| 02/05/2005 | $30.20 |
| 02/06/2005 | $30.20 |
| 02/07/2005 | $30.20 |
| 02/08/2005 | $30.20 |
| 02/09/2005 | $30.20 |
| 02/10/2005 | $0.84 |
| 02/11/2005 | $0.84 |
| 02/12/2005 | $0.84 |
| 02/13/2005 | $0.84 |
| 02/14/2005 | $0.84 |
| 02/15/2005 | $30.84 |
| 02/16/2005 | $30.84 |
| 02/17/2005 | $1.63 |
| 02/18/2005 | $71.63 |
| 02/19/2005 | $71.63 |
| 02/20/2005 | $71.63 |
| 02/21/2005 | $71.63 |
| 02/22/2005 | $71.63 |
| 02/23/2005 | $71.63 |
| 02/24/2005 | $71.63 |
| 02/25/2005 | $41.86 |
| 02/26/2005 | $41.86 |
| 02/27/2005 | $41.86 |
| 02/28/2005 | $37.79 |

Summary for 'SBI' = 00142003 (78 detail records)        **Average Daily Balance:    $33.49**

# Prior Month -- Individual Statement

Date Printed: 3/7/2005                                                                 Page 1 of 1

## For Month of December 2004

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00142003 | SMITH | PAUL | J | | | |
| Current Location: | MULTI SEC SCU A | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|
| Committed | 12/13/2004 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Medical No Sho | 12/15/2004 | $0.00 | ($4.00) | $0.00 | $0.00 | $0.00 |
| Medical | 12/15/2004 | $0.00 | ($20.00) | $0.00 | $0.00 | $0.00 |
| Medical | 12/19/2004 | $0.00 | ($4.00) | $0.00 | $0.00 | $0.00 |
| Medical | 12/21/2004 | ($4.00) | $0.00 | $0.00 | $0.00 | ($4.00) |
| Medical No Sho | 12/21/2004 | ($4.00) | $0.00 | $0.00 | $0.00 | ($8.00) |
| Medical | 12/21/2004 | ($17.00) | ($3.00) | $0.00 | $0.00 | ($25.00) |
| Mail MO | 12/21/2004 | $25.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Postage-Comm | 12/22/2004 | $0.00 | $0.00 | ($1.61) | $0.00 | $0.00 |
| Mail CK | 12/23/2004 | $74.40 | $0.00 | $0.00 | $0.00 | $74.40 |
| Medical | 12/26/2004 | ($3.00) | $0.00 | $0.00 | $0.00 | $71.40 |
| Visit MO | 12/28/2004 | $25.00 | $0.00 | $0.00 | $0.00 | $96.40 |
| Commissary | 12/29/2004 | ($24.12) | $0.00 | $0.00 | $0.00 | $72.28 |
| Postage-Comm | 12/29/2004 | ($1.61) | $0.00 | $0.00 | $0.00 | $70.67 |
| Postage-Comm | 12/30/2004 | $0.00 | $0.00 | ($0.46) | $0.00 | $70.67 |
| | | | | | Ending Mth Balance: | $70.67 |

# Prior Month -- Individual Statement

Date Printed: 3/7/2005                                                                 Page 1 of 1

## For Month of January 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $70.67 |
|---|---|---|---|---|---|---|
| 00142003 | SMITH | PAUL | J | | | |
| Current Location: | MULTI SEC SCU A | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|
| Medical | 1/3/2005 | $0.00 | ($6.00) | $0.00 | $0.00 | $70.67 |
| Medical | 1/3/2005 | ($6.00) | $0.00 | $0.00 | $0.00 | $64.67 |
| Commissary | 1/6/2005 | ($35.86) | $0.00 | $0.00 | $0.00 | $28.81 |
| Visit MO | 1/7/2005 | $30.00 | $0.00 | $0.00 | $0.00 | $58.81 |
| Commissary | 1/13/2005 | ($49.59) | $0.00 | $0.00 | $0.00 | $9.22 |
| Commissary | 1/20/2005 | ($5.82) | $0.00 | $0.00 | $0.00 | $3.40 |
| Visit MO | 1/21/2005 | $30.00 | $0.00 | $0.00 | $0.00 | $33.40 |
| Postage-Comm | 1/25/2005 | ($0.46) | $0.00 | $0.00 | $0.00 | $32.94 |
| Commissary | 1/27/2005 | ($32.94) | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | Ending Mth Balance: | $0.00 |

# Prior Month -- Individual Statement

Date Printed: 3/7/2005 — Page 1 of 1

## For Month of February 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00142003 | SMITH | PAUL | J | | | |
| Current Location: | MULTI SEC SCU A | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|
| Visit MO | 2/1/2005 | $20.00 | $0.00 | $0.00 | $0.00 | $20.00 |
| Commissary | 2/3/2005 | ($19.80) | $0.00 | $0.00 | $0.00 | $0.20 |
| Visit MO | 2/4/2005 | $30.00 | $0.00 | $0.00 | $0.00 | $30.20 |
| Commissary | 2/10/2005 | ($29.36) | $0.00 | $0.00 | $0.00 | $0.84 |
| Mail MO | 2/15/2005 | $30.00 | $0.00 | $0.00 | $0.00 | $30.84 |
| Postage-Comm | 2/16/2005 | $0.00 | $0.00 | ($0.34) | $0.00 | $30.84 |
| Commissary | 2/17/2005 | ($29.21) | $0.00 | $0.00 | $0.00 | $1.63 |
| Visit MO | 2/18/2005 | $50.00 | $0.00 | $0.00 | $0.00 | $51.63 |
| Visit MO | 2/18/2005 | $20.00 | $0.00 | $0.00 | $0.00 | $71.63 |
| Commissary | 2/25/2005 | ($29.77) | $0.00 | $0.00 | $0.00 | $41.86 |
| Postage-Comm | 2/28/2005 | $0.00 | $0.00 | ($0.23) | $0.00 | $41.86 |
| Copies | 2/28/2005 | $0.00 | $0.00 | ($1.75) | $0.00 | $41.86 |
| Copies | 2/28/2005 | $0.00 | $0.00 | ($1.75) | $0.00 | $41.86 |
| Postage-Comm | 2/28/2005 | ($0.34) | $0.00 | $0.00 | $0.00 | $41.52 |
| Postage-Comm | 2/28/2005 | ($0.23) | $0.00 | $0.00 | $0.00 | $41.29 |
| Copies | 2/28/2005 | ($1.75) | $0.00 | $0.00 | $0.00 | $39.54 |
| Copies | 2/28/2005 | ($1.75) | $0.00 | $0.00 | $0.00 | $37.79 |
| | | | | | Ending Mth Balance: | $37.79 |