(Rev. 4/97)

# ORIGINAL

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

FILED
MAR 10 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE**

05 - 139

Smith, Paul J.
(Enter above the full name of the plaintiff in this action)

v.

Warden, Thomas Carroll
Depty Warden, Betty Burris
Commissioner, Standy Taylor
(Enter above the full name of the defendant(s) in this action
Department of Corrections

I. Previous lawsuits

    A. Have you begun other lawsuits in state or federal courts dealing with the same facts involved in this action or otherwise relating to your imprisonment?
YES [ ]   NO [X]

    B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

        1. Parties to this previous lawsuit

Plaintiffs _Paul Julain Smith_

Defendants _Thomas Carroll, Betty Burris Standy Taylor_

2. Court (if federal court, name the district; if state court, name the county) N/A

3. Docket number N/A

4. Name of judge to whom case was assigned N/A

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

6. Approximate date of filing lawsuit 10-20-2004

7. Approximate date of disposition N/A

II. A. Is there a prisoner grievance procedure in this institution? Yes [ ] No [ ]

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes [X] No [ ]

C. If your answer is YES,

1. What steps did you take? Grievance's

2. What was the result? N/A

D. If your answer is NO, explain why not N/A

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes [ ] No [ ]

F. If your answer is YES,

1. What steps did you take? Talked with Counselor Mrs. Johnson

2. What was the result? Filing of Grievance's

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff PAUL J. Smith
   Address 162 Hampton Drive Dover DE, 19904

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and place of employment of any additional defendants.)

B. Defendant Thomas Carroll is employed as Warden DCC at Dela. Correctional Center

C. Additional Defendants Deputy Warden Betty Burris, Captain, Hazzard, Grievence Chair, Lisa Merson Commissioner, Standley Taylor

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

Prison Conditions, And Police Brutality, Cruel, And Unusual Punishment, Leaking Ceiling, Leaked Rain into My Cell, Cold/On Heat, Not Clean, Not Safety, The Whole Prison Condemn. for Human Living.

-3-

V.  Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

Help me receive care for stress, depression, and mental illness injuries and I ask for pain and suffering of $2.1 Million Dollars

Signed this 25 day of 02/2005

(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

2/25/2005
Date

(Signature of Plaintiff)

-4-