IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE



| | |
|---|---|
| PAUL J. SMITH, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) Civ. No. 05-139-GMS ) |
| WARDEN THOMAS CARROLL, DEPUTY WARDEN BETTY BURRIS, COMMISSION STANLEY TAYLOR, and DEPARTMENT OF CORRECTION, | ) ) ) ) ) |
|     Defendants. | ) |

**AUTHORIZATION**

I, Paul J. Smith, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $11.15 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated April 18, 2005.

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: 04/22/_____, 2005.

_____
Paul J. Smith

I/M: PAUL SMITH    BLDG: MAX SCU
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

1725  U.S. POSTAGE  PB2230
7982  $00.370  APR 25
9313  FROM ZIP CODE  19

Judge Gregory M. Sleet
United States District Court
844 N. King Street, Lock Box 19
Wilmington, Delaware
19801