Dear Sir,

05-139; 05-142  8-18-05
(GMS)

I am writing to you in concern of my civil action Case I have filed to you, I mind placed my case #, along with my Judge that is assigned to my case. So could you please let me know the Status of my case where we stand, aginst the Department of Corrections in Smyrna. also aginst First Correction Medical, So would you please let me know where I Stand on the above mention Case. and plase mail me a Civil Docket Sheet Showing me everything we both have on docket.

Thank You Very Much
For Your time & Concerns

Paul Smith
PAUL J. Smith
8-18-05
SBI# 142003

**FILED**
AUG 23 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M: Paul Smith   BLDG: SCU A Tier
SUSSEX CORRECTIONAL INSTITUTION
SBI# 142003
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

Office of the clerk
United States District Court
District of Delaware
Lock Box 18, 844 King St, U.S. Courthouse
Wilmington, Delaware
19801