*April 7, 2006*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PAUL J. Smith
Plaintiff/s

V.   Civil Action No.: 05-139-GMS

WARDEN Thomas CARROLL, et al.,
Defendant/s

**FILED**
APR 11 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

MOTION FOR The Amended Complaint

COMES NOW, the Plaintiff, Paul J Smith, pro se who pursuant to 42 U.S.C. § 1983, moves this Honorable Court to grant this motion. In support, the following facts are asserted;

On Oct. 2004, I was incarcerated at the Delaware Correctional Center Smyrna, housed in "Pre-trial", B-Building on A Tier Cell #12 and the prison conditions were poor, unclean, dusty, spiderwebs, roachs, leaking celing, rain coming from the celing into cell #12. I used "Trash Can" to stop the leaking water from getting onto the floor, water got into the light fixture causing cell #12 lights, go on and off, by water being in the fixture, I Paul Smith, did inform D.O.C. Staff And the Grievance, but nothing was ever done. Prison officials have known, or been aware of the excessive risk to inmate's safety, they even had contractors repairing the roof for leak's on 10-2004, Pre-trial B-Building A Tier Cell #12.

Paul Smith 4-7-06

Paul J. Smith 142003          April 7, 2006

I Also Hand Written Complaint to Warden Thomas Carroll, Deputy Warden Elizabeth Burris, And Commissioner Stanley Taylor, Telling Them About the Poor Conditions of Pre-Trial B-Building, And the Medical Staff And Nothing Was Done,

*Paul Smith*

4-7-2006

I/M: Paul Smith 142003 BLDG: MAX
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

Office of the Clerk
United States District Court
844 N. King Street, Locker Box 18
Wilmington, Delaware
19801-3570

U.S. POSTAGE $00.390 APR 10 06
U.S.M.S. X-RAY