IN THE United States District Court
In And For The District of Delaware

Paul J. Smith
v.
State of Delaware

Civil Action No. #1:05-CV-00139-GMS

DATE 4-11-2006

Motion for Appointment of Counsel

Before The Honorable Gregory M. Sleet

I Paul Julain Smith, SBI #142003, would like for the United States District Court, to appoint me Counsel

#1. I Do-Not know Anything About A Civil Case.

#2. I Do-Not Have Any Monies to Hire A Lawyer.

#3. I Need Representation, As Soon As Possible.

FILED
APR 13 2006

In The United States District Court
In And For The District of Delaware

Paul J. Smith )
             )
    v.       ) Civil Action No. #1:05-CV-00139-GMS
             )
State Of Delaware )
             )

### Certificate Of Service

Comes Now, Paul J. Smith, by and through himself without assistance of legal counsel and states that on the date of April 11, 2006 I placed a copy of "Motion to Appoint Counsel" in the United States Mail here at the Sussex Correctional Institution, Addressed to:

Honorable Gregory M. Sleet
℅ United States District Court
844 King St., Lockbox 18
Wilm., Delaware 19801-3570

Dated: 4-11-06

Respectfully,
Paul Smith
Paul J. Smith
℅ S.C.I./MSB-SCU
P.O. Box 500

I/M: Paul J. Smith 148003 BLDG: MAX
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

```
1596  U.S. POSTAGE  PB2230370
7972  $00.390       APR 12 06
5337  FROM ZIP CODE 19947
```

U.S.M.S. X-RAY

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570