IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAUL J. SMITH,           )<br>                         )<br>    Plaintiff,         )<br>                         )<br>    v.                   ) Civ. No. 05-139-GMS<br>                         )<br>WARDEN THOMAS CARROLL, et al.,  )<br>                         )<br>    Defendants.          ) | |

**ORDER**

At Wilmington this 16th day of May, 2006, for the reasons set forth in the Memorandum issued this date,

1. The claims against the defendant Delaware Department of Correction is DISMISSED without prejudice as it is immune from monetary relief pursuant to 28 U.S.C. § 1915(e)(2)(B), 28 U.S.C. § 1915A(b)(1), and 42 U.S.C. § 1997e(c)(1).

2. To the extent that Smith seeks compensatory damages, his claim is barred by 42 U.S.C. § 1997e(e).

3. The court has identified a cognizable Eighth Amendment claim within the meaning of 28 U.S.C. § 1915 and § 1915A(b) against defendants Warden Thomas Carroll, Deputy Warden Betty Burris and Commissioner Stanley Taylor.

4. The motion for appointment of counsel (D.I. 9) is DENIED without prejudice with leave to renew upon service of the complaint.

IT IS FURTHER ORDERED that:

1. The clerk of the court shall cause a copy of this order to be mailed to the plaintiff.

2. Pursuant to Fed. R. Civ. P. 4(c)(2) and (d)(2), the plaintiff has provided **original** "U.S. Marshal-285" forms for the **remaining defendants Warden Thomas Carroll, Deputy Warden Betty Burris, and Commissioner Stanley W. Taylor,** as well as for the Attorney General of the State of Delaware, 820 N. FRENCH STREET, WILMINGTON, DELAWARE, 19801, pursuant to DEL. CODE ANN. tit. 10 § 3103(C). The plaintiff has also provided the court with copies of the complaint (D.I. 2) for service upon the remaining defendants. **Additionally, the plaintiff shall provided the court with copies of the amended complaint (D.I. 8) for service upon each of the remaining defendants and the Attorney General of the State of Delaware.**

3. Upon receipt of the amended complaint (D.I. 8) as required by paragraph 2 above, the United States Marshal shall forthwith serve a copy of the complaint (D.I. 2), the amended complaint (D.I. 8), this order, a "Notice of Lawsuit" form, the filing fee order(s), and a "Return of Waiver" form upon the defendant(s) identified in the 285 forms.

4. Within **thirty (30) days** from the date that the "Notice of Lawsuit" and "Return of Waiver" forms are sent, if an executed "Waiver of Service of Summons" form has not been received from a defendant, the United States Marshal shall personally serve said defendant(s) pursuant to Fed. R. Civ. P. 4(c)(2) and said defendant(s) shall be required to bear the cost related to such service, unless good cause is shown for failure to sign and return the waiver.

5. Pursuant to Fed. R. Civ. P. 4(d)(3), a defendant who, before being served with process timely returns a waiver as requested, is required to answer or otherwise respond to the complaint within **sixty (60) days** from the date upon which the complaint, this order, the "Notice of Lawsuit" form, and the "Return of Waiver" form are sent. If a defendant responds by way of a

motion, said motion shall be accompanied by a brief or a memorandum of points and authorities and any supporting affidavits.

6. No communication, including pleadings, briefs, statement of position, etc., will be considered by the court in this civil action unless the documents reflect proof of service upon the parties or their counsel.

7. **NOTE:** *** When an amended complaint is filed prior to service, the court will **VACATE** all previous service orders entered, and service **will not take place**. An amended complaint filed prior to service shall be subject to re-screening pursuant to 28 U.S.C. §1915(e)(2) and § 1915A(a). ***

8. **NOTE:** *** Discovery motions and motions for appointment of counsel filed prior to service will be dismissed without prejudice, with leave to refile following service. ***

_____
UNITED STATES DISTRICT JUDGE

May 16, 2006
Wilmington, Delaware