Office of the Clerk
United States District Court
844 N. King Street, LockerBox 18
Wilmington, Delaware 19801-3570

Paul J. Smith, Plaintiff

Civ. No. 05-139-GMS

On 5-18-06, I received Notice from the Court, Asking that I provided the Court Copies of the Amended Complaint D.I. 8, for Service upon each of the Remaining Defendants And the Attorney General of the State of Delaware,

On 4-7-06, When I sent the Court the Amended Complaint, I Did Not Make A Copy,

Could Your Office Please Send Me A Copy of the Amended Complaint So I Can Make Copies to Send Each Remaining Defendants A Copies of the Amended Complaint D.I. 8,

Thank You,

5-24-06

Paul Smith

Paul J. Smith 142003
Sussex Correctional Inst.
P.O. Box 500

FILED
MAY 30 2006

I/M: Paul T Smith # 148003 BLDG: H/14K
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE   19947

U.S. POSTAGE
$ 00.390
1136
7903
6560
PB 2 2 3 0 3 7 0
MAY 26 06
19947

Office of the Clerk
United States District Court
844 N. King Street, Locker Box 18
Wilmington, Delaware
19801-3570