8-22-2006

To Clerk of Court,

I Paul J. Smith, was released from Prison on 9-20-06 And my new Address is 1416 Cowmarsh Creek Road Camden, Delaware 19934 Phone 302-492-1122

Thank You;

*Paul Smith*

Related Case 1:05-CV-00139-GMS.



FILED
AUG 23 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

Mr. Paul J. Smith
1416 Cowmarsh Creek Road
Camden, Delaware 19934

WILMINGTON DE 197
22 AUG 2006 PM 1 L

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

19801+3570