IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAUL J. SMITH, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 05-139-GMS ) |
| WARDEN THOMAS CARROLL, et al., | ) ) |
|     Defendants. | ) |

### ORDER

WHEREAS, the plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on May 16, 2006, the court entered an order requiring the plaintiff to complete and return USM-285 forms for the remaining defendants, informing the plaintiff that the United States Marshal would not serve the complaint until all USM-285 forms were received by the Clerk of the Court, and that failure to provide the USM-285 forms within 120 days from the date of the order may result in the complaint being dismissed or the defendant being dismissed pursuant to Fed. R. Civ. P. 4(m) (D.I. 10);

WHEREAS, to date, none of the required USM-285 forms have been received from the plaintiff;

THEREFORE, at Wilmington this ___ day of _____, 2006, IT IS HEREBY ORDERED that the plaintiff's complaint is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 4(m).

UNITED STATES DISTRICT JUDGE

FILED

SEP 29 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE