OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

November 15, 2007

TO:

**Paul J. Smith**
1416 Cowmarsh Creek Road
Camden, DE 19934

    RE:  *Change of Address Notice and Request for Status of Cases, CA 05-139 GMS, CA 05-142 GMS, CA 06-431 GMS, CA 06-432 GMS, CA 07-476 GMS, and 07-477 GMS*

Dear Mr. Smith:

Your letter dated 11/17/07 advising of an address change and requesting status of your cases has been received by the Clerk's office.  This is also in response to your phone call to the Clerk's office today.

Please be advised that your change of address has been entered.  Also, in accordance with the directive from the Judicial Conference of the United States the fee for copywork is fifty ($.50) cents per page, to include printed docket sheets.  A printed docket sheet for each of your subject cases totals 12 pages, at a cost of $6.00.  Prepayment should be sent with your request, check or money order payable to Clerk, U.S. District Court.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/rbe

PETER T. DALLEO

CLERK

cc:  The Honorable Gregory M. Sleet, CA 05-139 GMS, CA 05-142 GMS, CA 06-431 GMS, CA 06-432 GMS, CA 07-476 GMS, CA 07-477 GMS